IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN OVERSIGHT**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 20-cv-1169 (EGS) |
| **U.S. DEPARTMENT OF THE TREASURY**, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

**JOINT STATUS REPORT**

This Freedom of Information Act case involves four requests for emails concerning the novel coronavirus sent by officials of the Departments of Health and Human Services (HHS), State, and the Treasury, as well as the Centers for Medicare and Medicaid Services (CMS). Each request specifies a list of custodians and seeks sent emails including any of forty-three (43) search terms.

The parties have made progress in their discussions of possible ways to reduce the volume of potentially responsive records before the agencies begin to process them. The parties have reached narrowing agreements as to State and Treasury, and expect shortly to reach similar agreements as to CMS and HHS. The parties request the Court's leave to file another joint status report on or before September 18, 2020, by which point the agencies expect to have estimated volumes of records potentially responsive to the narrowed searches, and proposed dates for initial productions.

        Respectfully submitted,

        ETHAN P. DAVIS
        Acting Assistant Attorney General

- 2 -

        MARCIA BERMAN
        Assistant Director, Federal Programs Branch

        */s/ James Bickford*
        JAMES BICKFORD
        Trial Attorney (N.Y. Bar No. 5163498)
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, NW
        Washington, DC 20530
        James.Bickford@usdoj.gov
        Telephone: (202) 305-7632
        Facsimile: (202) 616-8470

        *Counsel for Defendants*

            and

        */s/ Christine H. Monahan*
        Christine H. Monahan
        D.C. Bar # 1035590
        AMERICAN OVERSIGHT
        1030 15th Street NW, B255
        Washington, DC 20005
        (202) 869-5244
        christine.monahan@americanoversight.org

        *Counsel for Plaintiff*

Date: August 28, 2020