# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **AMERICAN OVERSIGHT**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.          ) | Case No. 20-cv-1169 (EGS) |
| ) | |
| **U.S. DEPARTMENT OF THE TREASURY**, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT STATUS REPORT

This Freedom of Information Act case involves four requests for emails concerning the novel coronavirus sent by officials of the Departments of Health and Human Services (HHS), State, and the Treasury, as well as the Centers for Medicare and Medicaid Services (CMS). Each request specifies a list of custodians and seeks sent emails including any of forty-three (43) search terms.

The parties are continuing their discussions of possible ways to reduce the volume of potentially responsive records before the agencies begin to process them. The parties have reached narrowing agreements as to State and Treasury, and are working to reach a similar agreement as to CMS and HHS. The parties will meet and confer again on or before October 9, 2020, and request the Court's leave to file another joint status report on or before October 30, 2020.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendants*

and


*/s/ Christine H. Monahan*
Christine H. Monahan
D.C. Bar # 1035590
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
christine.monahan@americanoversight.org

*Counsel for Plaintiff*

Date: September 30, 2020